UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VICTOR RIVERA,

Plaintiff,

*-against-*

UNITED STATES OF AMERICA,

Defendant.

**ORDER**

26-CV-02032 (ER)

RAMOS, D.J.:

Plaintiff Victor Rivera filed a motion to vacate, set aside, or correct sentence on March 12, 2026. Doc. 1. The government is directed to reply by December 30, 2026.

It is SO ORDERED.

Dated: November 24, 2026
New York, New York

EDGARDO RAMOS, U.S.D.J.